JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KIM RENEE ESPINOSA,<br><br>Plaintiff,<br>vs.<br><br>NBCUNIVERSAL, LLC aka NBCUNIVERSAL MEDIA, LLC; TELEMUNDO; AND DOES 1 TO 50 INCLUSIVE ,<br><br>Defendants. | Case No.: 8:22-cv-01437-ADS<br>[Assigned to Hon. Autumn D. Spaeth]<br><br>**ORDER RE STIPULATION TO DISMISSAL** |

Having considered the Stipulation of Dismissal filed by the parties to this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Court hereby GRANTS the request. This action is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED:   June 27, 2023

           /s/ Autumn D. Spaeth
AUTUMN D. SPAETH
UNITED STATES DISTRICT JUDGE

POOLE·SHAFFERY
25350 Magic Mountain Parkway, Suite 250, Santa Clarita, CA 91355
Telephone: (661) 290-2991   Facsimile: (661) 290-3338

**POOLE SHAFFERY**
25350 Magic Mountain Parkway, Suite 250, Santa Clarita, CA 91355
Telephone: (661) 290-2991   Facsimile: (661) 290-3338

# PROOF OF SERVICE

(F.R.Civ.P. Rule 5(b); U.S.D.C., C.D. Cal., L.R. 5-3; C.C.P. §§ 1013a, 2015.5)

**Kim Renee Espinosa v. NBCUniversal, LLC, et al.**
United States District Court Case No. 8:22-cv-01437-ADS

I am employed in the County of Los Angeles, State of California; I am over the age of 18 years and not a party to the within action; my business address is 25350 Magic Mountain Parkway, Suite 250, Santa Clarita, CA 91355.

On **June 27, 2023**, I served the foregoing document described as: **[PROPOSED] ORDER RE STIPULATION TO DISMISSAL** on the interested parties in said action in a sealed envelope addressed as follows:

SEE ATTACHED SERVICE LIST

☐ By Mail [Federal] I placed such envelope with postage thereon fully prepaid in the United States mail at Los Angeles, California.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below

☐ I caused said document(s) to be transmitted by email to each addressee set forth below on this date. The transmission of this document was complete and without error.

☐ I caused such envelope to delivered via overnight delivery to the party(ies) listed on the attached mailing list.

Executed on **June 27, 2023**, at Los Angeles, California.

☐ [State] I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ [Federal] I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

          /S/ Nicole Lyons
          Nicole Lyons, Declarant

# SERVICE LIST

**Kim Renee Espinosa v. NBCUniversal, LLC, et al.**
United States District Court Case No. 8:22-cv-01437-ADS

| | |
|---|---|
| Kristopher O'Connell, Esq.<br>**RUSSELL & LAZARUS**<br>1401 Dove Street, Suite 310<br>Newport Beach, CA 92660<br>T: (949) 851-0222<br>F: (949) 851-2422<br>For e-service:<br>kris@lawrussell.com<br>tiffany@lawrussell.com | ***Attorneys for Plaintiff, KIM RENEE ESPINOSA*** |